FILED
AUG 14 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Arvion Sanders
Plaintiff

*Plaintiff/Petitioner(s)*

v.

Joe Splittorf, Individual and Official Capacity
Michael Oneill, individual and Official Capacity
*Defendant/Respondent(s)*
City of Alton Police Dept.
City of Alton

Case Number: 17-cv-00864-MJR
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:** Arvion Sanders #90418

A. Plaintiff's mailing address, register number, and present place of confinement.

Madison County Jail.
Edwardsville, Illinois

**Defendant #1:**

B. Defendant Joe Splittorf is employed as
 (a) (Name of First Defendant)

Detective
 (b) (Position/Title)

with City of Alton Police Department
 (c) (Employer's Name and Address)

Alton, Il.

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

Splittorf is a detective with Alton Police Department.

(Rev. 7/2010)              1

**Defendant #2:**

C. Defendant <u>Michael O'neill</u> is employed as
(Name of Second Defendant)

<u>detective with Alton city Police</u>
(Position/Title)

with _____
(Employer's Name and Address)
<u>Alton, Illinois</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If you answer is YES, briefly explain:

O'neill was a detective with city of Alton Police Department.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

City of Alton Police Department

City of Alton

(Rev. 7/2010)                        2

II.  **PREVIOUS LAWSUITS**

  A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?        ☐ Yes   ☒ No

  B.  If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

  1.  Parties to previous lawsuits:
      Plaintiff(s):


      Defendant(s):


  2.  Court (if federal court, name of the district; if state court, name of the county):

  3.  Docket number:

  4.  Name of Judge to whom case was assigned:

  5.  Type of case (for example: Was it a habeas corpus or civil rights action?):

  6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):


  7.  Approximate date of filing lawsuit:

  8.  Approximate date of disposition:

(Rev. 7/2010)                              3

III. **GRIEVANCE PROCEDURE**

    A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

    C. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    D. If your answer is NO, explain why not. *This case does not pertain to a inmate grievance.*

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☑ No

    F. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)                       4

IV. **STATEMENT OF CLAIM**

    A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

The constitutional violations occured when detectives O'Neill and Splithorff engaged in an interrogation of plaintiff that was eggregious. The conduct these detectives displayed crossed all boundaries of decency and professionalism and indeed were coercive and violative of the rights of Mr. Sanders. Such was the conduct that Mr. Sanders suffered intense emotional injury and distress resulting in mental trauma.

This transpired August 12-14, 2015.

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

any and all damages this court deems appropriate.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 8-14-17 (date)

Street Address: 405 Randle St.

City, State, Zip: Edwardsville, IL 62025

Signature of Plaintiff

Printed Name: Aryion Sanders

Prisoner Register Number: #90418

Signature of Attorney (if any)