UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARYION SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOE SPLITTORFF, MICHAEL O'NEILL, and CITY OF ALTON,<br><br>    Defendants. | Case No. 17-cv-864-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On July 24, the Court dismissed several claims from this case with leave to replead. The Court further warned plaintiff Aryion Sanders that if he failed to plead sufficient facts to support the causes of action the Court would not allow him another opportunity.

On August 25, 2023, Sanders filed his Third Amended Complaint (mislabeled as the Second Amended Complaint) in which he adds new allegations regarding potential municipal liability. He makes no new allegations to rescue his Fourth Amendment excessive force claim, his Fifth, Sixth, and Eighth Amendment claims, and state law battery claims. Those claims are therefore **DISMISSED with prejudice**, and the Clerk of Court is **DIRECTED** to enter judgment accordingly at the close of the case.

The remaining claims in this case are:

**Count 1:**  a Fourteenth Amendment claim against Splittorff and O'Neill for conscience-shocking interrogation;

**Count 2:**  a *Monell* claim against the City of Alton for policies directing the conscience-shocking interrogation; and

**Count 3:**  an intentional infliction of emotional distress claim against Splittorff and O'Neill for the interrogation.

**IT IS SO ORDERED.**
**DATED: August 30, 2023**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**