UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARYION SANDERS,<br><br>      Plaintiff,<br><br>    v.<br><br>JOE SPLITTORFF, MICHAEL O'NEILL, CITY OF ALTON, and CITY OF ALTON POLICE DEPARTMENT,<br><br>      Defendants. | Case No. 17-cv-864-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims of plaintiff Aryion Sanders are dismissed with prejudice:

- All claims against the City of Alton Police Department;

- All claims for municipal liability under *Monell* against defendants Joe Splittorff and Michael O'Neill in their individual capacities;

- Count 1 of the Second Amended Complaint against Joe Splittorff and Michael O'Neill for denying plaintiff Aryion Sanders access to an attorney and for refusing to stop questioning Sanders after he asked to cease the interrogations in violation of the Fifth Amendment;

- Count 1 of the Second Amended Complaint against Splittorff and Michael O'Neill for violations of the Fourth Amendment, Sixth Amendment, and Eighth Amendment;

- Count 4 of the Second Amended Complaint against Joe Splittorff and Michael O'Neill for battery in violation of Illinois law; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims of plaintiff Aryion Sanders are dismissed without prejudice:

- Count 3 of the Third Amended Complaint against defendants Joe Splittorff and Michael O'Neill for intentional infliction of emotional distress in violation of Illinois law; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows:

- in favor of defendants Joe Splittorff and Michael O'Neill on Count 1 of the Third Amended Complaint for using conscience-shocking interrogation tactics in violation of the Fourteenth Amendment; and

- in favor of defendant City of Alton on Count 2 of the Third Amended Complaint for having a policy and widespread practice of directing officers to use inappropriate interrogation techniques in violation of the Fourteenth Amendment; and

and that those claims are dismissed with prejudice.

DATED: July 19, 2024           MONICA A. STUMP, Clerk of Court

                               s/Tina Gray, Deputy Clerk

Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**